1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MARK R.S. FOSTER (BAR NO. 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105
   Telephone:   415.268.7000
6  Facsimile:   415.268.7522

7  ANNA ERICKSON WHITE (BAR NO. 161385)
   AWhite@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California 94304
   Telephone:   650.813.5600
10 Facsimile:   650.494.0792

11 Attorneys for Defendants YAHOO! INC., TERRY S. SEMEL,
   AND SUSAN L. DECKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANFRED HACKER, on Behalf of Himself and All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>YAHOO! INC., TERRY S. SEMEL, AND SUSAN L. DECKER,<br><br>          Defendants. | **CLASS ACTION**<br><br>Case No.   C-07-2592-MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER DEFERRING RESPONSE DATES** |

1  Pursuant to Civil Local Rules 6-1 and 7-12, as well as paragraph 7 of this Court's
2  Standing Order, the parties hereby stipulate, subject to the Court's approval, as follows:
3  WHEREAS, this securities class action lawsuit was instituted in this district on May 16,
4  2007, on behalf of all persons who purchased or otherwise acquired the publicly traded securities
5  of Yahoo! Inc. ("Yahoo!") between April 8, 2004, and July 18, 2006;
6  WHEREAS, a lead plaintiff has not yet been appointed pursuant to 15 U.S.C.
7  §78u-4(a)(3)(B) of the Securities Exchange Act of 1934;
8  WHEREAS, counsel for the parties have met and conferred and agreed that the due date
9  for defendants' responses to the complaint should be deferred until a lead plaintiff is appointed;
10  WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial
11  efficiency, and will not cause prejudice to either party;
12  NOW, THEREFORE,
13  Without prejudice to any parties' right to seek interim relief, defendants' response date
14  shall be deferred until twenty (20) days following the appointment of a lead plaintiff and lead
15  counsel, by which time counsel for lead plaintiff and counsel for defendants shall confer to
16  (a) confirm whether the lead plaintiff will file a new complaint that supersedes all previously filed
17  complaints or deem the existing complaint operative; and (b) establish a common response date
18  for all defendants, including a briefing schedule on defendants' anticipated motions to dismiss.

| | | |
|---|---|---|
| 1 | Dated: June 11, 2007 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: <u>Judson E. Lobdel</u> [e-filing signature] |
| 4 | | JORDAN ETH<br>JUDSON E. LOBDELL<br>MARK R.S. FOSTER |
| 5 | | MORRISON & FOERSTER LLP<br>425 Market Street |
| 6 | | San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| 7 | | Facsimile: 415.268.7522 |
| 8 | | ANNA ERICKSON WHITE<br>MORRISON & FOERSTER LLP |
| 9 | | 755 Page Mill Road<br>Palo Alto, California 94304 |
| 10 | | Telephone:   650.813.5600<br>Facsimile:    650.494.0792 |
| 11 | | |
| 12 | | Attorneys for Defendants Yahoo! Inc., Terry S. Semel, and Susan L. Decker |
| 13 | Dated: June 11, 2007 | SCOTT + SCOTT LLP |
| 14 | | By: <u>Arthur Shingler, III</u> [e-filing signature] |
| 15 | | ARTHUR SHINGLER, III<br>NICHOLAS J. LICATO |
| 16 | | SCOTT + SCOTT<br>600 B Street, Suite 1500 |
| 17 | | San Diego, California 92101<br>Telephone: 619.233.4565 |
| 18 | | Facsimile: 619.233.0508 |
| 19 | | Attorneys for Plaintiff |

STIPULATION AND [PROPOSED] ORDER DEFERRING RESPONSE DATES
CASE NO. C-07-2592-MJJ

**[PROPOSED] ORDER**

On the stipulation of the parties, and good cause appearing:

IT IS SO ORDERED.

Date: _____, 2007

_____
Honorable Martin J. Jenkins
United States District Court Judge

\*   \*   \*   \*   \*

**ECF ATTESTATION**

I, Mark Foster, am the ECF User whose ID and Password are being used to file this:

**STIPULATION AND [PROPOSED] ORDER DEFERRING RESPONSE DATES**

In compliance with General Order 45, X.B., I hereby attest that Judson E. Lobdell and Arthur Shingler, III have concurred in this filing.

DATED:  June 11, 2007          MORRISON & FOERSTER LLP

By:   /s/ Mark Foster [e-filing signature]