1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MARK R.S. FOSTER (BAR NO. 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105
   Telephone:  415.268.7000
6  Facsimile:  415.268.7522

7  ANNA ERICKSON WHITE (BAR NO. 161385)
   AWhite@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California 94304
   Telephone:  650.813.5600
10 Facsimile:  650.494.0792

11 Attorneys for Defendants YAHOO! INC., TERRY S. SEMEL,
   AND SUSAN L. DECKER

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

| | |
|---|---|
| MANFRED HACKER, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO! INC., TERRY S. SEMEL, AND SUSAN L. DECKER,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No.   C-07-2592-MJJ<br><br>**DECLARATION OF JUDSON E. LOBDELL IN SUPPORT OF THE PARTIES' STIPULATION AND PROPOSED ORDER DEFERRING RESPONSE DATES** |

I, Judson E. Lobdell, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Defendants Yahoo! Inc. ("Yahoo!"), Terry S. Semel, and Susan L. Decker. I submit this Declaration pursuant to Civil Local Rule 6-2(a), and paragraph 7 of the Court's Standing Order in Support of the Parties' Stipulation and [Proposed] Order Deferring Response Dates. If called as a witness, I would testify to the facts set forth herein.

2. This action is a securities class action lawsuit that was instituted in this district on May 16, 2007, on behalf of all persons who purchased or otherwise acquired the publicly traded securities of Yahoo! Inc. ("Yahoo!") between April 8, 2004, and July 18, 2006.

3. A lead plaintiff has not yet been appointed pursuant to 15 U.S.C. §78u-4(a)(3)(B) of the Securities Exchange Act of 1934.

4. Counsel for the parties have met and conferred and agreed that the due date for defendants' responses to the complaint should be deferred until a lead plaintiff is appointed.

5. The agreed-upon extension is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to either party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in San Francisco, California on this 11th day of June, 2007.

/s/ Judson E. Lobdell [e-filing signature]

\*    \*    \*    \*    \*

### ECF ATTESTATION

I, Mark Foster, am the ECF User whose ID and Password are being used to file this:

**DECLARATION OF JUDSON E. LOBDELL IN SUPPORT OF THE PARTIES' STIPULATION AND PROPOSED ORDER DEFERRING RESPONSE DATES**

In compliance with General Order 45, X.B., I hereby attest that Judson E. Lobdell has concurred in this filing.

DATED: June 11, 2007          MORRISON & FOERSTER LLP

By:   /s/ Mark Foster [e-filing signature]

DECLARATION OF JUDSON E. LOBDELL
CASE NO. C-07-2592-MJJ

2