1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MARK R.S. FOSTER (BAR NO. 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105
   Telephone:   415.268.7000
6  Facsimile:   415.268.7522

7  ANNA ERICKSON WHITE (BAR NO. 161385)
   AWhite@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California 94304
   Telephone:   650.813.5600
10 Facsimile:   650.494.0792

11 Attorneys for Defendants YAHOO! INC., TERRY S. SEMEL,
   AND SUSAN L. DECKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANFRED HACKER, on Behalf of Himself and All Others Similarly Situated,,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO! INC., TERRY S. SEMEL, AND SUSAN L. DECKER,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No.   C-07-2592-MJJ<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[CIVIL L.R. 3-16]** |

_____
DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES
CASE NO. C-07-2592-MJJ
sf-2329376

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, Defendants Yahoo, Inc. ("Yahoo!"), Terry S. Semel, and Susan L. Decker ("Defendants") submit this Certification of Interested Entities or Persons, so that the Court can "evaluate any need for disqualification or recusal early in the course" of the case. Civ. L.R. 3-16(a).

Defendants certify that Yahoo!'s current directors consist of the following ten individuals:

- Terry S. Semel
- Arthur H. Kern
- Jerry Yang
- Eric Hippeau
- Edward R. Kozel

- Robert A. Kotick
- Roy L. Bostock
- Gary L. Wilson
- Ronald W. Burkle
- Vytomesh Joshi

Civil. L.R. 3-16(b)(2); 28 U.S.C. § 455(d)(4).

Defendants further certify that as of this date — other than the named parties and the proposed class of persons who purchased or otherwise acquired the publicly traded securities of Yahoo! between April 8, 2004, and July 18, 2006, on whose behalf this litigation is purportedly brought — they are unaware of any person or entity with an interest to report. Civil L.R. 3-16(c)(2).

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Yahoo! additionally certifies that, based on filings with the United States Securities and Exchange Commission as of April 1, 2007, no publicly traded corporation has reported owning ten percent or more of Yahoo!'s stock.

Dated: June 11, 2007                    MORRISON & FOERSTER LLP

                                        By:    Judson E. Lobdell [e-filing signature]
                                               Attorneys for Defendant(s)
                                               YAHOO! INC., TERRY S. SEMEL,
                                               AND SUSAN L. DECKER

*   *   *   *   *

**ECF ATTESTATION**

I, Mark Foster, am the ECF User whose ID and Password are being used to file this:

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

In compliance with General Order 45, X.B., I hereby attest that Judson E. Lobdell has concurred in this filing.

DATED:  June 11, 2007              MORRISON & FOERSTER LLP

                                   By:    /s/ Mark Foster [e-filing signature]