1    JORDAN ETH (BAR NO. 121617)
     JEth@mofo.com
2    JUDSON E. LOBDELL (BAR NO. 146041)
     JLobdell@mofo.com
3    MARK R.S. FOSTER (BAR NO. 223682)
     MFoster@mofo.com
4    MORRISON & FOERSTER LLP
     425 Market Street
5    San Francisco, California 94105
     Telephone:    415.268.7000
6    Facsimile:    415.268.7522

7    ANNA ERICKSON WHITE (BAR NO. 161385)
     AWhite@mofo.com
8    MORRISON & FOERSTER LLP
     755 Page Mill Road
9    Palo Alto, California 94304
     Telephone:    650.813.5600
10   Facsimile:    650.494.0792

11   Attorneys for Defendants YAHOO! INC., TERRY S. SEMEL,
     AND SUSAN L. DECKER

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16                                          | **CLASS ACTION**

     MANFRED HACKER, on Behalf of Himself and
17   All Others Similarly Situated,             Case No.    C-07-2592-MJJ

18                Plaintiffs,                   **STIPULATION AND
                                                ~~[PROPOSED]~~ ORDER**
19          v.                                  **DEFERRING RESPONSE DATES**

20   YAHOO! INC., TERRY S. SEMEL, AND
     SUSAN L. DECKER,
21
                 Defendants.
22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 6-1 and 7-12, as well as paragraph 7 of this Court's

2  Standing Order, the parties hereby stipulate, subject to the Court's approval, as follows:

3    WHEREAS, this securities class action lawsuit was instituted in this district on May 16,

4  2007, on behalf of all persons who purchased or otherwise acquired the publicly traded securities

5  of Yahoo! Inc. ("Yahoo!") between April 8, 2004, and July 18, 2006;

6    WHEREAS, a lead plaintiff has not yet been appointed pursuant to 15 U.S.C.

7  §78u-4(a)(3)(B) of the Securities Exchange Act of 1934;

8    WHEREAS, counsel for the parties have met and conferred and agreed that the due date

9  for defendants' responses to the complaint should be deferred until a lead plaintiff is appointed;

10    WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial

11  efficiency, and will not cause prejudice to either party;

12    NOW, THEREFORE,

13    Without prejudice to any parties' right to seek interim relief, defendants' response date

14  shall be deferred until twenty (20) days following the appointment of a lead plaintiff and lead

15  counsel, by which time counsel for lead plaintiff and counsel for defendants shall confer to

16  (a) confirm whether the lead plaintiff will file a new complaint that supersedes all previously filed

17  complaints or deem the existing complaint operative; and (b) establish a common response date

18  for all defendants, including a briefing schedule on defendants' anticipated motions to dismiss.

19

20

21

22

23

24

25

26

27

28

1   Dated:  June 11, 2007                    MORRISON & FOERSTER LLP

2
                                            By:    Judson E. Lobdel [e-filing signature]
3
                                            JORDAN ETH
4                                           JUDSON E. LOBDELL
                                            MARK R.S. FOSTER
5                                           MORRISON & FOERSTER LLP
                                            425 Market Street
6                                           San Francisco, California  94105-2482
                                            Telephone: 415.268.7000
7                                           Facsimile: 415.268.7522

8                                           ANNA ERICKSON WHITE
                                            MORRISON & FOERSTER LLP
9                                           755 Page Mill Road
                                            Palo Alto, California 94304
10                                          Telephone:    650.813.5600
                                            Facsimile:    650.494.0792
11
                                            Attorneys for Defendants Yahoo! Inc., Terry S.
12                                          Semel, and Susan L. Decker

13  Dated:  June 11, 2007                    SCOTT + SCOTT LLP

14                                          By:   Arthur Shingler, III [e-filing signature]

15                                          ARTHUR SHINGLER, III
                                            NICHOLAS J. LICATO
16                                          SCOTT + SCOTT
                                            600 B Street, Suite 1500
17                                          San Diego, California  92101
                                            Telephone: 619.233.4565
18                                          Facsimile: 619.233.0508

19                                          Attorneys for Plaintiff

20

21

22

23

24

25

26

27

28

                                                                                    2

1

[~~PROPOSED~~] ORDER

2

    On the stipulation of the parties, and good cause appearing:

3

IT IS SO ORDERED.

4

5

Date: June 12, 2007

6

7

                                         _____

8

                                    Honorable Martin J. Jenkins
                              United States District Court Judge

9

                      *    *    *    *    *

10

**ECF ATTESTATION**

11

    I, Mark Foster, am the ECF User whose ID and Password are being used to file this:

12

13

**STIPULATION AND [PROPOSED] ORDER DEFERRING RESPONSE DATES**

14

    In compliance with General Order 45, X.B., I hereby attest that Judson E. Lobdell and

15

Arthur Shingler, III have concurred in this filing.

16

    DATED:  June 11, 2007         MORRISON & FOERSTER LLP

17

                              By:    /s/ Mark Foster [e-filing signature]

18

19

20

21

22

23

24

25

26

27

28

                                                             3