SCOTT + SCOTT LLP
Arthur L. Shingler III (181719)
Nicholas J. Licato (228402)
600 B Street, Suite 1500
San Diego, CA  92101
Tel.: 619/233-4565
Fax: 619/233-0508
Email: ashingler@scott-scott.com

SCOTT + SCOTT LLP
David R. Scott
108 Norwich Avenue
P. O Box 192
Colchester, CT  06415
Tel:  860/537-5537
Fax: 860/537-4432
Email: drscott@scott-scott.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANFRED HACKER, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>YAHOO! INC., TERRY S. SEMEL, AND SUSAN L. DECKER,<br><br>Defendants. | Case No.   07-CV-2592-MJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, class member Manfred Hacker filed a class action complaint on behalf of himself and all others similarly situated against Yahoo, Inc. on May 16, 2007, captioned *Hacker v. Yahoo! Inc. et al.*, Case No. 3:07-cv-02592-MJJ ("Complaint");

WHEREAS, no defendant in this action has answered or filed for summary judgment;

WHEREAS, a class has not been certified in this action; and

WHEREAS, no agreements have been discussed, nor has consideration of any kind been paid by any party to this action;

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1), class member Manfred Hacker voluntarily dismisses the Complaint without prejudice.

DATED:   June 12, 2007

Respectfully submitted,

Arthur L. Shingler, III [e-filing signature]
SCOTT + SCOTT, LLP
Arthur Shingler, III
Nicholas J. Licato
600 B. Street, Suite 1500
San Diego, CA  92101
Telephone:  (619) 233-4565
Facsimile:  (610) 233-0508

SCOTT + SCOTT, LLP
David R. Scott
108 Norwich Avenue
P. O. Box 192
Colchester, CT  06415
Telephone:  (860) 537-5537
Facsimile:  (860) 537-4432

*Counsel for Plaintiff*

1 **ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the claims of plaintiff Manfred Hacker in this action are dismissed without prejudice.

IT IS SO ORDERED.

DATED:  6/20/07

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)    - 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David R. Scott

drscott@scott-scott.com

Arthur L Shingler, III

ashingler@scott-scott.com

Mark S. Foster

mfoster@mofo.com

<u>Arthur Shingler, III [e-filing signature]</u>
ARTHUR L. SHINGLER III